```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 16548
    ROBERT WILLIAMS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
    SSN XXX-XX-7270


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/12/2007 and was not confirmed.

      The case was dismissed without confirmation 10/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED         1181.60          .00            .00
CAPITAL ONE               UNSECURED         1787.72          .00            .00
CAPITAL ONE               UNSECURED         3615.89          .00            .00
GMAC                      SECURED NOT I        .00           .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                    --------------       --------------
TOTALS                   .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                            /s/ Tom Vaughn
    Dated: 01/22/08         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE
```